IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Bell,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TopGolf USA Riverwalk LLC, et. al.,<br><br>　　　　　　Defendants. | No.　CV-17-01110-PHX-SPL<br><br>**ORDER** |

On April 14, 2017, Plaintiff brought a complaint alleging that Defendants failed to pay him minimum wage for certain hours worked as required by the Fair Labor Standards Act, 29 U.S.C. §§ 203, 206 ("FLSA"), among other claims. (Doc. 1)  The parties have notified the Court that they have reached a final settlement that resolves this action and have filed a joint motion requesting that the Court approve their settlement agreement. *See Juvera v. Salcido*, 2013 WL 6628039, at 3 (D. Ariz. Dec. 17, 2013*)*; *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x. 682, 683 (9th Cir. 2015) (unpublished).  Having considered the parties' filings and finding that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA,

**IT IS ORDERED:**

1.　That the parties' Joint Motion to Approve Settlement of Claims Under the Fair Labor Standards Act and to Enter Agreed Final Judgement (Doc. 91) is **granted**;

2.　That the Court **approves** the parties' Confidential Compromise and Settlement

Agreement and Release (Doc. 91-1, Ex. A) and the Addendum to Confidential Compromise and Settlement Agreement and Release (Doc. 91-2, Ex. B);

3. That this action is **dismissed with prejudice**, with each party to bear its own attorneys' fees, costs and expenses, except as expressly provided in the Confidential Compromise and Settlement Agreement and Release (Doc. 91-1, Ex. A); and

4. That the Clerk of Court shall **terminate** this case and enter judgment accordingly.

Dated this 8th day of April, 2019.

Honorable Steven P. Logan
United States District Judge